UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

CR 24-237 JRT/ECW

**INDICTMENT**

Plaintiff,

18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(b)(1)

v.

18 U.S.C. § 2253

DANIEL JOHN JANKE,

Defendant.

THE UNITED STATES GRAND JURY CHARGES THAT:

## **INTRODUCTION**

At times relevant to this Indictment:

1.     The defendant, Daniel John Janke, resided in the State and District of Minnesota.  Janke has been employed as a teacher in a public school district.

2.     From at least on or about October 13, 2023, through on or about January 29, 2024, Janke used Kik, a messaging and chat application, to converse with others who, like him, had a sexual preference for minors.  Posing on Kik as "Jack Frost" with username "superMel101," Janke sent to another Kik user a video of two prepubescent girls engaging in sexual acts.  He also requested and received videos and an image of minors depicting sexually explicit content in a Kik group message.

3.     The National Center for Missing and Exploited Children (NCMEC) reviewed the contents of Janke's cellphone and reported that the victims depicted in Counts 1 and 2 below have been identified and do not reside within the State of Minnesota.

## **COUNT 1**



SCANNED
AUG 27 2024
U.S. DISTRICT COURT MPLS

(Distribution of Child Pornography)

On or about October 31, 2023, in the State and District of Minnesota, the defendant,

**DANIEL JOHN JANKE,**

did knowingly distributed a visual depiction using a means and facility of interstate and foreign commerce that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means including by computer device, where the production of such visual depiction involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that is, a video file ending in 2478.mp4 that is approximately one minute and 53 seconds in length and depicts two pubescent girls engaging in sexual acts; all in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNTS 2–4
(Receipt of Child Pornography)

On or about the dates alleged below, in the State and District of Minnesota, the defendant,

**DANIEL JOHN JANKE,**

did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means including by computer device, where the production of such visual depiction involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit:

| Count | Date (on or about) | Last 12 of Kik Content ID | Description |
|---|---|---|---|

2

United States v. Daniel John Janke

| 2 | 10/13/2023 | 38346b891cc9 | A video lasting approximately 42 seconds depicting two pubescent girls engaging in sexual acts. |
| 3 | 10/13/2023 | 4ed6e0536ce5 | A video lasting approximately one minute and 56 seconds depicting a teenage girl and a prepubescent girl exposing their genitals. |
| 4 | 01/29/2024 | 2f878de6a493 | An image depicting a prepubescent girl exposing her genitals. |

All in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## **FORFEITURE ALLEGATIONS**

Counts 1–4 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

Upon conviction of the foregoing offenses, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, data disc, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2) any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from such offenses; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property,

United States v. Daniel John Janke

including but not limited to the following property: an Apple iPhone 15 bearing serial number FQ56LQ024K.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY              FOREPERSON